From: The District Court of the Nineteenth Judicial District, County of Lincoln. STATE OF MONTANA, Plaintiff, vs. ROSS LEE SMITH, Defendant.

## DECISION

No. DC-81-102

The application of the above-named defendant for a review of the sentence of 15 years with 10 years suspended plus conditions imposed on June 29, 1982, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence shall be amended to 4 years.

This is the first felony offense and the new sentence given will bring it more in line with other sentences of a similar nature.

JUDGE LANGEN DISSENTS: The sale of Dangerous Drugs is a serious crime. I would recommend 8 years with 4 years suspended.

We wish to thank Karan Dunnigan, of the Montana Defender Project, for her assistance to the Defendant and to this Court.

DATED this 18th day of January, 1983.

## SENTENCE REVIEW DIVISION

Leonard Langen, Chairman; Joseph Gary, Mark Sullivan